Janelle Carney, Esq. (SBN: 201570)
JANELLE CARNEY – ATTORNEY AT LAW, APC
14758 Pipeline Ave., Suite E, 2nd Fl.
Chino Hills, CA 91709
Tel.: (909) 521-9609; Fax: (909) 393-0471
Email: Janelle@JanelleCarneyLaw.com

Anna R. Salusky, Esq. (SBN: 222484)
SALUSKY LAW GROUP, APC
3738 Bayer Avenue, Suite 104
Long Beach, CA 90808
Tel: (562)855-0004/ Fax: (562)855-0002
asalusky@saluskylaw.com

David Boertje, Esq. (SBN: 225148)
BOERTJE & ASSOCIATES
1808 Aston Ave., Suite 235,
Carlsbad, CA 92008
Tel: (760) 476-0901
David@boertjelaw.com

Attorneys for Plaintiff Open Book Theatre Company

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN BOOK THEATRE COMPANY, a non-profit company, <br><br> Plaintiffs, <br><br> vs. <br><br> BROWN PAPER TICKETS, LLC., a Washington limited liability company; EVENTS.COM, INC., a California corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. <br> _____ | Case No.: 3:24-cv-00076-AGS-VET <br> Hon. Andrew G. Scholper <br> Dept.: C5 <br><br> CLASS ACTION <br><br> **FIRST AMENDED COMPLAINT FOR DAMAGES:** <br><br> 1. Violation of <u>B&PC</u> §17200, et seq. <br> 2. Breach of Contract <br> 3. Breach of the Covenant of Good Faith and <br>     Fair Dealing <br> 4. Common Law Conversion <br>     (Civil Code § 3336) <br><br> **DEMAND FOR JURY TRIAL** |

# INDEX OF EXHIBITS

| Exhibit Number | Description | Page Numbers |
|----------------|-------------|--------------|
| 1 | Notice of acquisition from Defendant's website | 1-2 |
| 2 | Webpages printed to PDF with my annotations directing the court to the promised language | 3-8 |

FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff, OPEN BOOK THEATRE COMPANY, a non-profit company (hereinafter "Plaintiff") hereby brings its complaint for damages against BROWN PAPER TICKETS, LLC, a Washington limited liability company; EVENTS.COM, INC., a California corporation (hereinafter collectively referred to as "Defendant" or "BROWN PAPER"); and DOES 1 through 50, inclusive and states and alleges as follows:

## PARTIES

1.      Plaintiff OPEN BOOK THEATRE COMPANY is a 401(c)(3) non-profit company doing business in the city of San Diego, County of San Diego, State of California.

2.      Plaintiff is informed and believes, and based thereon alleges that, Defendant BROWN PAPER is a Washington limited liability company. Upon information and belief, BROWN PAPER's principal place of incorporation is the state of Washington.

3.      Plaintiff is informed and believes, and based thereon alleges that, Defendant EVENTS.COM, INC. is a California corporation. Upon information and belief, EVENTS.COM, INC.'S principal place of incorporation is the state of California with its office in La Jolla, California.  Further, EVENTS.COM INC acquired Brown Paper Tickets according to a public posting on Defendant's Website (Attached hereto as **Exhibit 1**)

4.      During all relevant times herein, Defendant operated a service to sell tickets and promote events on their website.  Plaintiff contracted with Defendant to sell their tickets for an event.  Defendant sold said tickets but failed to pay the proceeds within ten (10) days of the event as stated in their contract.  In fact, Defendant has failed to pay Plaintiff for over eight (8) weeks.

5.      Plaintiff is ignorant of the true names and capacities, whether corporate, partnership, association, individual or otherwise, of defendants sued herein as DOES 1 through 50, inclusive. As such, Plaintiff sues said Defendant under the provisions of sections 474 of the Code of Civil Procedure. Plaintiff is

FIRST AMENDED COMPLAINT FOR DAMAGES

informed and believes and based thereon alleges that Defendants DOES 1 through 50, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiff. Plaintiff will amend this complaint to set forth the true names and capacities of said fictitiously named Defendants, together with appropriate charging allegations, when their true names are ascertained.

6.    Whenever and wherever reference is made in this complaint to any act or failure to act by a Defendant or Defendants, such allegations and reference shall also be deemed to mean the acts and failures to act of each defendant acting individually, jointly, and severally. Whenever and wherever reference is made to individuals who are not named as plaintiff or defendants in this complaint but who were employees/agents of Defendant, such individuals at all relevant times acted on behalf of Defendant within the course and scope of their employment.

7.    Plaintiff is informed and believes, and based thereon alleges that, at all times material herein, Defendants and each of them, and/or their agents/employees or supervisors, authorized, condoned and ratified the unlawful conduct of each other.

8.    Plaintiff is informed and believes, and based thereon alleges that, at all times material herein, Defendants and/or their agents/employees or supervisors knew or reasonably should have known that unless they intervened to protect Plaintiff and to adequately supervise, prohibit, control, regulate, discipline, and/or otherwise penalize the conduct of the employees of Defendant set forth herein, the remaining defendants and employees perceived the conduct and omissions as being ratified and condoned.

## JURISDICTION AND VENUE

9.    Jurisdiction is proper in this Court by virtue of the California statutes, decisional law, and regulations, and the local rules under the San Diego County Superior Court Rules including, but not limited to, the rules governing the proper court in which to file an unlimited civil action.

10.    Venue in this Court is proper in that the causes of action herein alleged took place in California via Defendant BROWN PAPER'S internet website open to the public in the County of San Diego, State of California.

## FACTS

11.    Plaintiff is informed and believes, and based thereon alleges the following facts for all causes of action.  On or about July 21, 2023, Plaintiff filled out the online new account forms and was approved by Defendant same day.  Thereafter, on July 24, 2023, the event was approved, and ticket sales became active.  The online web portal informs Plaintiff and the general public that payment from the event will be made within 10 days of the event closing.  (See a true and correct copy of the website pages attached hereto as **Exhibit 2**)

12.    On or about August 26, 2023, Plaintiff held its first performance at 7:00 p.m.  On or about August 27, 2023, Plaintiff held performance numbers 2 and 3 at 2:00 p.m. and 7:00 p.m. (3 total shows).  The amount of ticket sales was $5,547.00.  Nothing was to be deducted out of this amount, as the ticket fees of $1.49 plus 6% are paid directly from ticket buyers.  Defendant advertises this as "Always Free to Create Events and Sell Tickets."

13.    On or about September 11, 2023, 10 business days post-event, Defendant was required to release the funds collected, as that was when the payment was due/expected, pursuant to the contract.

14.    Plaintiff had contracted with Oceanside Theatre Company to pay the rent for Sunshine Brooks Theatre of $5,050.00 within 7 business days after final event performance.  Oceanside Theatre Company allowed this arrangement since they were aware Plaintiff would receive funds about the same time from BROWN PAPER for the event. Plaintiff instead had to use a family member's personal credit card to pay the amount since they did not timely receive their funds from Brown Paper.

15.    On or about September 6, 2023, Defendant breached the agreement by failing to pay Plaintiff and other class members within in the ten (10) days after the

event as promised and advertised. Plaintiff and the class have waited in excess of eight (8) weeks or longer before payment has been made and, in some cases, has failed to pay the class members at all for the funds received on their behalf.

16. A true and correct copy of Defendant's advertised promise is attached hereto as **Exhibit 1**.

## **PRIVATE ATTORNEY GENERAL ALLEGATIONS**

17. Plaintiff on behalf of itself and all others similarly situated, filed this cause of action acting as a private attorney general on behalf of the general public to challenge and remedy the business practices of Defendant alleged herein.

18. B&PC §17200, et seq., often referred to as the Unfair Competition Law, prohibits unfair competition, which is defined to include any unlawful, unfair, or fraudulent business act or practices. Defendant has instituted and implemented unlawful policies, which constitute unfair, unlawful, or fraudulent business acts or practices within the State of California. Any person as defined in B&PC 17201 that has suffered injury may initiate an action to enforce B&PC §17200. The court is authorized to order injunctive relief, declaratory relief, and restitution to affected members of the general public as remedies for any violations of B&PC §17200.

19. Plaintiff is entitled to an award of attorneys' fees and costs in prosecuting this action as a private attorney general against Defendant under CCP §1021.5 based in part on the following:

a. A successful outcome in this action will result in the enforcement of important rights affecting the public interest by maintaining the integrity of entities that employ employees;

b. This action will result in a significant benefit to the general public by ceasing unlawful, unfair and deceptive activity, and by causing the return of ill-gotten gains obtained by Defendant through their failure to properly timely pay out ticket proceeds to Plaintiff and all others similarly situated;

FIRST AMENDED COMPLAINT FOR DAMAGES

c.    Unless this action is prosecuted, members of the general public will not recover monies wrongfully taken from them, and many employees and consumers would not be aware that they were victimized by Defendant's wrongful acts and practices; and unless attorneys' fees and costs are awarded against Defendant, the general public will not be made whole.

## CLASS REPRESENTATIVE

20.    The class representative Plaintiff who seeks to represent other persons injured by Defendant is OPEN BOOK THEATRE COMPANY.

## CLASS ACTION ALLEGATIONS

21.    Plaintiff brings this action on behalf of itself and all others similarly situated as a class action pursuant to CCP §382.  The Class which Plaintiff seeks to represent are composed of and defined as follows:

**Class Definition:**

All Persons, including businesses who contracted with Defendant at any time from four (4) years preceding the filing of this Complaint through the date of the class certification order.

Class 1:

All California persons, including businesses who contracted with Defendant from four years from the date of filing through certification who did not receive the funds pursuant to their contract within the ten days Defendant agreed to pay said funds.

## FIRST CAUSE OF ACTION

### (Violation of B&PC §17200, et seq.)

22.    Plaintiff re-alleges and incorporates by reference herein the allegations of all preceding paragraphs as though fully set forth herein.

23.    Beginning on an exact date unknown to Plaintiff, Defendant has engaged in a pattern and practice of acts of unfair business practices, including unfair competition in violation of B&PC §17200, including the practices alleged herein.

FIRST AMENDED COMPLAINT FOR DAMAGES

### FAILURE TO PAY CONTRACTUAL MONIES TO CONSUMERS

24.     Plaintiff seeks restitution for all the aforementioned violations.

25.     Defendant, and each of them, have engaged in unfair business practices in California by practicing, employing and utilizing the unfair business practices complained of above.  Defendant Brown Paper Tickets, LLC promotes on its website that unlike other ticket companies, payment to event organizers will be made within ten (10) days of event. (See **Exhibit 2** attached hereto) Defendant knowingly and in a misleading, fraudulent way, informs Plaintiff and the consumers that it will perform 10 days after the event.  Despite this open and deceptive statement it projects on its web page, Defendants hide their true and deceptive practices in a hyperlink once it entices consumers to open an account and use its services, that it will not pay within 10 days of event.  This is done with the intent to deceive and mislead the class and consumers.

26.     Defendant's actions entice the consumer to use their services over competitors, yet fail to abide by their advertised promise.  This deceptive and misleading advertisement caused Plaintiff and the class to incur consequential damages to cover the costs of the event, interest, or credit and other costs to be proven at trial.

27.     Plaintiff and the class seek restitution for these deceptive practices, which would put Plaintiff and the class in the position they would have been if Defendant had paid the monies due within ten (10) days of the event.  Restitution is the proper remedy given the unfair deceptive acts of Defendant.

28.     Defendant's use of such practices constitutes an unfair business practice, unfair competition, and provides an unfair advantage over Defendant's competitors.  Plaintiff seeks full restitution of said monies, as necessary and according to proof, to restore any and all monies withheld and/or acquired by Defendant by means of the unfair business practices complained of herein.  Plaintiff seeks restitution of said monies, injunctive relief, and/or declaratory relief to stop Defendant from continuing these deceptive practices.  Plaintiff further

FIRST AMENDED COMPLAINT FOR DAMAGES

seeks the appointment of a receiver, as necessary, to establish the total restitutionary relief from Defendant. The restitution includes all monies withheld by Defendant as a result of the unfair business practices, including interest thereon. Absent a statutory provision specifically governing the type of claim at issue, the prejudgment interest rate is 10 percent, including interest on loans and credit cards used to pay consumers and others as a result of Defendant's delay.

29.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendant has engaged in unlawful, deceptive, and unfair business practices prohibited by California B&PC §17200, thereby depriving Plaintiff and others who contracted with them standards and conditions due to them under this section. Plaintiff further seeks an order requiring Defendant to timely pay restitution to Plaintiff, including ticket sales, and interest, as well as injunctive and/or declaratory relief to stop Defendant from continuing the deceptive practice and protect California consumers, including California's consumers. The acts complained of herein occurred, at least in part, within the last four (4) years preceding the filing of the original Complaint.

30.    By and through its unfair, unlawful, and/or fraudulent business practices and acts described herein, Defendant has obtained funds from Plaintiff's patrons and has failed to provide the funds to Plaintiff and has deprived Plaintiff and all of valuable rights and benefits guaranteed by law, all to their detriment.

31.    Plaintiff is entitled to and does seek such relief as may be necessary to restore to it the money and property which Defendant has acquired, or of which Plaintiff has been deprived by means of the herein described unfair, unlawful, and/or fraudulent business practices.

32.    Plaintiff is further entitled to and does seek a declaration that the above-described business practices are unfair, unlawful, and/or fraudulent, and injunctive relief restraining Defendant from engaging in any of the herein described unfair, unlawful, and/or fraudulent business practices at all times in the future.

FIRST AMENDED COMPLAINT FOR DAMAGES

33.    Plaintiff requests attorney's fees and costs pursuant to Code of Civil Procedure §1021.5 since this action is brought to vindicate important rights of a large class and the public.

## SECOND CAUSE OF ACTION

### BREACH OF CONTRACT

### (Plaintiff against Defendants and DOES 1-50)

34.    As a separate and distinct cause of action, Plaintiff complains and realleges all of the allegations contained in this complaint and incorporates them by reference into this cause of action as though fully set forth herein.

35.    On or about July 21, 2023, Plaintiff filled out the online new account forms and was approved by Defendant same day.  Thereafter, on July 24, 2023, the event was approved and ticket sales became active.

36.    On or about August 26, 2023, Plaintiff held its first performance at 7:00 p.m.  On or about August 27, 2023, Plaintiff held performance numbers 2 and 3 at 2:00 p.m. and 7:00 p.m. (3 total shows).  The amount of ticket sales was $5,547.00.  Nothing was to be deducted out of this amount, as the ticket fees of $1.49 plus 6% are paid directly from ticket buyers.  Defendant advertises this as "Always Free to Create Events and Sell Tickets."

37.    On or about September 6, 2023, 10 days post-event, Defendant was required to release the funds collected, as that was when the payment was due/expected, pursuant to the contract.  Plaintiff sent numerous follow-ups and were not paid pursuant to the Defendant's online promise to pay within ten (10) days.  In fact, Plaintiff was not paid until sixty-six (66) days after the event.

38.    Plaintiff had contracted with Oceanside Theatre Company to pay the rent for Sunshine Brooks Theatre of $5,050.00 within 7 business days after final event performance.  Oceanside Theatre Company allowed this arrangement since they were aware Plaintiff would receive funds about the same time from BROWN PAPER for the event. Plaintiff instead had to use a family member's personal credit card to pay the amount since they did not timely receive their funds from

Brown Paper. Plaintiff incurred consequential damages, including interest and out-of-pocket costs due to Defendant's failure to pay pursuant to the promise to pay within ten (10) days.

39. On or about September 6, 2023, Defendant breached the agreement by failing to pay Plaintiff and other class members within in the ten (10) days after the event as promised and advertised.  Plaintiff and the class have waited in excess of eight (8) weeks or longer before payment has been made and, in some cases, has failed to pay the class members at all for the funds received on their behalf.

40. As a result of the Defendant's breach of the written agreement Plaintiff and the class have been financially damaged in that they have not received the full compensation due and owing to them in a timely manner, have had to incur loan and/or credit card interest and other costs to cover costs of the missing funds.

41. Plaintiff has also incurred costs and attorneys' fees in bringing this action and seeks to recover such costs.

**THIRD CAUSE OF ACTION**

**BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING**

**(Plaintiff against Defendants and DOES 1-50)**

42. As a separate and distinct cause of action, Plaintiff complains and realleges all of the allegations contained in this complaint and incorporates them by reference into this cause of action as though fully set forth herein.

43. On or about July 21, 2023, Plaintiff filled out the online new account forms and was approved by Defendant same day.  Thereafter, on July 24, 2023, the event was approved and ticket sales became active.

44. As herein before stated, and incorporated by reference, Plaintiff contracted with Defendant to sell tickets to their performances through BROWN PAPER's ticket sales website.

45. On or about September 6, 2023, 10 days post-event, Defendant was required to release the funds collected, as that was when the payment was due/expected, pursuant to the contract.  As of the date of filing this complaint,

payment is still outstanding.

46.     Plaintiff had contracted with Oceanside Theatre Company to pay the rent for Sunshine Brooks Theatre of $5,050.00 within 7 business days after final event performance.  Oceanside Theatre Company allowed this arrangement since they were aware Plaintiff would receive funds about the same time from BROWN PAPER for the event. Plaintiff instead had to use a family member's personal credit card to pay the amount since they did not timely receive their funds from Brown Paper.

47.     On or about September 11 2023, Defendant breached the agreement by failing to pay Plaintiff and other class members within in the ten (10) business days after the event as promised on the online web page (See **Exhibit 2**) and as advertised online.  Plaintiff and the class have waited in excess of eight (8) weeks or longer before payment has been made and, in some cases, has failed to pay the class members at all for the funds received on their behalf.

48.     Plaintiff performed its obligations pursuant to the agreements in that it contracted to sell event tickets with Defendant and held the event and sold the tickets through Defendant's website. Despite this, Defendant did not honor what it represented to Plaintiff and the public (**Exhibit 1**).

49.     Defendant willfully interfered with the Plaintiff's ability to receive the full compensation due and owing to them by the 10 days post event as required by the contract and the Defendant's advertisements.

50.     As a result of Defendant's actions, Plaintiff has been financially damaged in that it has not received the full compensation due and owing as promised.

51.     Plaintiff and the class relied on the posted representation to pay within ten (10) days of the event.

### FOURTH CAUSE OF ACTION

### Common Law Conversion (Civil Code § 3336)

52.     Plaintiff re-alleges and incorporates by reference the foregoing

- 10 -

allegations, as though set forth herein.

53.    As alleged in this Complaint, Defendant wrongfully withheld monies collected on behalf of Plaintiff and the class, which were the property of Plaintiff and class members in violation of their rights.

54.    Defendant converted the property of Plaintiff and Class Members, to Defendant's own use and benefit.

55.    The right to these funds (property) fully vested to Plaintiff and Class Members, ten days after the events for which the tickets were sold pursuant to the public website advertisement that Defendant held out to the Plaintiff, the class, and the general public (See **Exhibit 1**), and accordingly, is and has been the property of Plaintiff and Class Members as of the tenth (10th) day after the event closed, not Defendant.

56.    Once tickets were sold, those funds became due and owing ten (10) days after the events and become fully vested property belonging to those who contracted for the Defendant's services.

57.    Defendant's actions were despicable and carried on with a willful and conscious disregard of the rights of Plaintiff and Class Members, as Defendant had the funds, yet willfully kept them for its own gain.

58.    Defendant's actions subjected Plaintiff and Class Members, to cruel and unjust hardship in conscious disregard of their rights.

59.    Defendant's actions were knowing and intentional, and thus constitute intentional misrepresentation, deceit, or concealment of a material fact known to Defendant with the intention of depriving Plaintiff and Class Members, of their property, including but not limited to funds collected and received by Defendant and owed to Plaintiff and Class Members, which had a fully vested property right to own and possess ten (10) days after the close of each event.

60.    Defendant's actions were thus knowing, oppressive, malicious, and fraudulent.

61.    Plaintiff and Class Members have been injured by Defendant's

oppressive, malicious, intentional and fraudulent actions, entitling Plaintiff and Class Members to punitive and exemplary damages.

62.    Plaintiff and Class Members are entitled to immediate possession of all property converted by Defendant, with interest, as well as any and all profits that Defendant acquired by the unlawful conversion of the property of Plaintiff and Class Members.

63.    WHEREFORE, Plaintiff requests relief as hereafter provided.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays:

1.    For an order preliminarily and permanently enjoining Defendants from engaging in the practices challenged herein;

2.    An order for full restitution of all monies, as necessary and according to proof, to restore any and all monies withheld by the Defendant by means of the unfair practice complained of herein.  Plaintiff seeks the appointment of a receiver, as necessary.  The restitution includes all monies retained and interest, and attorneys' fees as a result of the unfair business practices;

3.    For an order finding and declaring that Defendant's acts and practices as challenged herein are unlawful, and unfair and/or fraudulent;

4.    For an accounting, under administration of Plaintiff and subject to Court Review, to determine the amount to be returned by Defendant and the amounts to be refunded to Plaintiff due to Defendant's unfair business practices;

5.    For an order requiring Defendant to make full restitution and payment pursuant to B&PC Sections 17200, et seq. for unfair business;

6.    For reasonable attorneys' fees under Code of Civil Procedure §1021.5 all other appropriate declaratory and equitable relief;

7.    For pre-judgment interest to the extent permitted by law;

8.    For pre-judgment interest to the extent permitted by law and the California Constitution;

9.    For compensatory damages, in an amount according to proof;

10. For post-judgment interest, according to proof;

11. For punitive damages according to proof; and

12. For such other and further relief as this Court may deem proper and just.

Dated: February 2, 2024

JANELLE CARNEY – ATTORNEY AT LAW, APC
SALUSKY LAW GROUP, APC
BOERTJE & ASSOCIATES

By: _____

Janelle Carney, Attorney for Plaintiffs

FIRST AMENDED COMPLAINT FOR DAMAGES

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues so triable.

Dated: February 2, 2024            JANELLE CARNEY – ATTORNEY AT LAW, APC
                                   SALUSKY LAW GROUP, APC
                                   BOERTJE & ASSOCIATES


By:    _____
       Janelle Carney, Attorney for Plaintiff

# Exhibit 1

Exhibit 1
Page 1



# Brown Paper Tickets is being acquired by Events.com

While this is an exciting moment for our company, the most important thing for you to know is that there will be no immediate change to the day-to-day activities with your BPT team. Please read the press release below to learn more about our excitement for this next chapter with Events.com.

Exhibit 1

Page 2

# Exhibit 2

Exhibit 2
Page 3



View site in English, Español, or Français

Sign Me Up! | Log In

**BROWN PAPER TICKETS** The fair-trade ticketing company

# Find an event

Search by artist, city, or venue.

Explore All Events          Explore Online Events

## Post an event

With no fees to sell tickets and live music and web sales, Brown Paper Tickets is the smartest way to sell tickets for your next event. Ticket buyers pay just $1.49 + 6%, including delivery and credit card processing. Post your event for free and experience the power of Brown Paper Tickets.

[Post an event]    Convince me!

Always free to create events and sell tickets
Prompt in-house customer support via email
Free ticket printing and shipping for your ticket buyers
Purchase pre-printed physical tickets for your in-person sales
Many more features and tools available at your fingertips

Learn more



Hear from our event organizers:

"Brown Paper Tickets has been a great service for our events, and will continue to use it for the future."

▼

Zest "A Dinner Club"
San Jose, CA
United States

---

### Contact us

**Email**
support@brownpapertickets.com

**Phone**
1-800-838-3006 (Temporarily Unavailable)

### Resources

Developers

Help

### Ticket Buyers

Track Your Order

Browse Events

Locations

### Event Producers

Create an Event

Pricing

Services

Buy Pre-Printed Tickets

The Venue List

### Find out about local events

Get daily or weekly email notifications of new and discounted events in your neighborhood,

Sign up for local events

### Connect with us

Follow us on Facebook

Follow us on Twitter

Follow us on Instagram

Watch us on YouTube

Get to know us

Use of this service is subject to the Terms of Usage, Privacy Policy, and Cookie Policy of Brown Paper Tickets. All rights reserved. © 2000-2022

Mobile    EN  ES  FR

Great news! Brown Paper Tickets is being acquired by Events.com. **Click here to learn more.**

Exhibit 2

Page 4

The Wayback Machine - https://web.archive.org/web/20230723161255/https://brownpapertickets.com/



View site in English, Español, or Français

Sign Me Up! | Log In

The fair-trade ticketing company

# Find an event

Search by artist, city, or venue.

Explore All Events        Explore Online Events



# Post an event

With no fees to sell tickets and live phone and web sales, Brown Paper Tickets is the smartest way to sell tickets for your next event. Ticket buyers pay just $1.49 + 6%, including delivery and credit card processing. Post your event for free and experience the power of Brown Paper Tickets.

[ Post an event ]    Convince me!

Always free to create events and sell tickets
Live in-house phone sales and support
Free ticket printing and shipping for your ticket buyers
Way more features than we can possibly list in four bullet points...

Learn more



Hear from our event organizers:

"Brown Paper Tickets managed our sales while we focused on opening a 20-acre theme park with 31 life-sized dinosaurs. They took care of us and our patrons. We highly recommend Brown Paper Tickets. If they can handle a start-up business of our size, Brown Paper Tickets can handle a business of any size."



Field Station Dinosaurs
Secaucus, NJ
United States

---

## Contact us

Email
support@brownpapertickets.com

Phone
1-800-838-3006 (Temporarily Unavailable)

## Resources

Developers
Help

## Ticket Buyers

Track Your Order
Browse Events
Locations

## Event Producers

Create an Event
Pricing
Services
Buy Pre-Printed Tickets
The Venue List

## Find out about local events

Get daily or weekly email notifications of new and discounted events in your neighborhood.

Sign up for local events

## Connect with us

Follow us on Facebook
Follow us on Twitter
Follow us on Instagram
Watch us on YouTube

Get to know us

Use of this service is subject to the Terms of Usage, Privacy Policy, and Cookie Policy of Brown Paper Tickets, All rights reserved, © 2000-2022

Mobile    EN  ES  FR

---

Great news! Brown Paper Tickets is being acquired by Events.com. Click here to learn more.

Exhibit 2

Page 5

The Wayback Machine - https://web.archive.org/web/20230811165945/https://brownpapertickets.com/createevent.html

 **The fair-trade ticketing company.**

View site in English , Español , or Français

Sign Me Up! | Log In

Find An Event   Create Your Event   Help   Search events...

# Create your event

Create   Linking   Promote   Reports   Attendees   Metrics

GUIDELINES   ✿ DETAILS   ✿ LOCATION   ✿ DATES & PRICES   PAYMENT   SEARCH   LOOK & FEEL   QUESTIONNAIRE   SETTINGS   [ Create Event ]

## You're only a few steps away from being able to sell tickets and register attendees!

First, we'll need to collect a few basic details about your event. Once you've provided that information, you'll have access to our full suite of tools to promote your event, manage your attendees, and make your event as successful as it can be!

Get Started



### Paid Events
There's no cost for you to sell tickets or collect payments for your events, and attendees pay a service fee of only $1.49 + 6% of the ticket's face value, regardless of whether they order online, by phone through our live in-house call center, or through our walk-up locations. Attendees can choose to receive will-call tickets, print-at-home tickets, mobile tickets, or physical tickets for no additional cost.



### Free Events
For free events, there's no cost for you or your attendees. Zero. Nada. Free events are always free!



### Donations
Running a fundraiser or non-profit event? When using PayPal or your own merchant account, you can collect additional donations from your ticket buyers. Brown Paper Tickets charges no fees to you or your contributors for this service.

Get Started



Brown Paper Tickets Credit Card Processing

 You can collect payment through Brown Paper Tickets' credit card processing for no additional fee. For payments collected this way, we send payment within ten (10) business days after the end of your event for the full face value of tickets sold.



Your Own Credit Card Processor

If you have your own merchant account, you can collect payments directly using Authorize.net, PayFlow, PayPal Website Payments Pro, PayPros, or USAePay.



PayPal

 You can use your PayPal Payments Standard account to process sales and receive your funds immediately.

**Have questions? Need more info?**

Contact us at support@brownpapertickets.com. You can also find an overview of our features on our Services page or see answers to common questions in our Help Center.

**Great news! Brown Paper Tickets is being acquired by Events.com. Click here to learn more.**

Exhibit 2

Page 6

## Contact us

**Email**
support@brownpapertickets.com

**Phone**
1-800-838-3006 (Temporarily Unavailable)

## Resources

Developers

Help

## Ticket Buyers

Track Your Order

Browse Events

Locations

## Event Producers

Create an Event

Pricing

Services

Buy Pre-Printed Tickets

The Venue List

## Find out about local events

Get daily or weekly email notifications of new and discounted events in your neighborhood.

Sign up for local events

## Connect with us

Follow us on Facebook

Follow us on Twitter

Follow us on Instagram

Watch us on YouTube

Get to know us

Use of this service is subject to the **Terms of Usage**, **Privacy Policy**, and **Cookie Policy** of Brown Paper Tickets. All rights reserved, © 2000-2022

**Mobile**      EN   ES   FR

**Great news! Brown Paper Tickets is being acquired by Events.com. Click here to learn more.**

Exhibit 2

Page 7

The Wayback Machine - https://web.archive.org/web/20230811165945/https://brownpapertickets.com/createevent.html



View site in English, Español, or Français

Sign Me Up! | Log In

**The fair-trade ticketing company.**

Find An Event     Create Your Event     Help

Search events...

# Create your event

**Create**     Linking     Promote     Reports     Attendees     Metrics

GUIDELINES     ★ DETAILS     ★ LOCATION     ★ DATES & PRICES     PAYMENT     SEARCH     LOOK & FEEL     QUESTIONNAIRE     SETTINGS          Create Event



PAYMENT OPTIONS

CURRENCY

US Dollars

PAYMENT COLLECTION METHODS

☑ **Brown Paper Tickets' Credit Card Processing**
The Brown Paper Tickets credit card processor is the easiest, safest option for selling tickets to your event. Neither you nor your ticket buyers pay any additional transaction fees. Payment is issued within ten (10) business days after the end of the event. **Note:** Due to ongoing recovery from the COVID-19 pandemic's impact on our operations, payment delays may occur. We appreciate your patience.

☐ **Your Credit Card Processor**
Brown Paper Tickets offers integrations with Authorize.net, PayFlow, PayPal Website Payments Pro, PayPros, and USAePay. When using your own processor, your customers can order online, through your mobile site, and from any of our walk-up locations.

☐ **PayPal Payments Standard**
By enabling this payment method, you can use your own PayPal account to collect payment from your ticket buyers. PayPal is not available for mobile or walk-up sales.

Previous     Save Changes     Next

Help with this form:

⊞ CURRENCY

⊞ BROWN PAPER TICKETS CREDIT CARD PROCESSING

⊞ YOUR CREDIT CARD PROCESSOR

⊞ PAYPAL PAYMENTS STANDARD

**Have questions? Need more info?**

Contact us at support@brownpapertickets.com. You can also find an overview of our features on our Services page or see answers to common questions in our Help Center.



**Contact us**

**Email**
support@brownpapertickets.com

**Phone**
1-800-838-3006 (Temporarily Unavailable)

**Resources**

Developers

Help

**Ticket Buyers**

Track Your Order

Browse Events

Locations

**Event Producers**

Create an Event

Pricing

Services

Buy Pre-Printed Tickets

The Venue List

**Find out about local events**

Get daily or weekly email notifications of new and discounted events in your neighborhood.

Sign up for local events

**Connect with us**

Follow us on Facebook

Follow us on Twitter

Follow us on Instagram

Watch us on YouTube

Get to know us

Use of this service is subject to the Terms of Usage, Privacy Policy, and Cookie Policy of Brown Paper Tickets. All rights reserved. © 2000-2022          Mobile     EN  ES  FR

**Great news! Brown Paper Tickets is being acquired by Events.com. Click here to learn more.**

Exhibit 2

Page 8

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the County of San Bernardino, State of California.  I am over the age of eighteen (18) and not a party to the within action; my business address is 14758 Pipeline Avenue, Suite E, Second Floor, Chino Hills, CA 91709-6025.

On February 2, 2024, I served the foregoing document described as:

# FIRST AMENDED COMPLAINT FOR DAMAGES

on INTERESTED PARTIES in this action as stated below:

Anna R. Salusky, Esq.
SALUSKY LAW GROUP, APC
3738 Bayer Avenue, Suite 104
Long Beach, CA 90808
asalusky@saluskylaw.com

**XX BY E-MAIL:** I electronically served the above-mentioned document to each of the above recipients at their respective e-mail addresses. My e-address is: Jerin@JanelleCarneyLaw.com

Executed on February 2, 2024, at Chino Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jerin Wilkinson